■ In the Matter of SLS RESIDENTIAL, INC., et al., Respondents, v NEW YORK STATE OFFICE OF MENTAL HEALTH et al., Respondents. JAY H. FOX, Individually and as Executor of DENISE FOX, Deceased, et al., Nonparty Appellants. [994 NYS2d 871]—In a proceeding pursuant to CPLR article 78 to review a determination of the Commissioner of the New York State Office of Mental Health, which, upon adopting the report of a hearing officer dated April 17, 2008, made after a hearing, imposed a fine on the petitioners in the total sum of $110,000 for certain statutory and regulatory violations, nonparties Jay H. Fox, Rebecca Fox, and Andrew Fox appeal from an order of the Supreme Court, Putnam County (Nicolai, J.), entered January 22, 2013, which denied their motion for leave to intervene and unseal the record in the matter.

Ordered that the order is affirmed, with one bill of costs payable to the respondents appearing separately and filing separate briefs.

Under the circumstances of this case, the appellants' motion for leave to intervene and unseal the record in this matter was properly denied (*see* Mental Hygiene Law §§ 31.16 [d] [4]; 33.13 [c] [1]).

The appellants' remaining contentions are without merit. Rivera, J.P., Leventhal, Hinds-Radix and Barros, JJ., concur.